and right of way of the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See In re Extension of North Third Ave., 30 App. Div. 256, 51 N. Y. Supp. 353; Id., 32 App. Div. 394, 53 N. Y. Supp. 46. All concur, except LAUGHLIN, J., who dissents. See 63 N. Y. Supp. 1106.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) In the matter of the application of grade-crossing commissioners of the city of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in certain lands, etc. No opinion. Order affirmed, with costs. All concur, except LAUGHLIN, J., not voting. See 63 N. Y. Supp. 1106.

CITY OF GENEVA, Respondent, v. GENEVA TEL. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) In the matter of the application of the city of Geneva for a peremptory writ of mandamus against the Geneva Telephone Company. No opinion. Order reversed, and proceeding remitted to the special term for further hearing, with costs of this appeal to the appellant to abide event.

In re CITY OF TROY. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) In the matter of the proceedings by the city of Troy for the widening of Mill street in said city. No opinion. Order affirmed, with $10 costs and disbursements.

CLAPP, Appellant, v. HUNTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Alexander W. Clapp against Catharine Hunter, Nelly V. B. Clapp, Cora Callan, Henry A. Callan, and others. No opinion. Motion for reargument denied. See 65 N. Y. Supp. 411.

CLARK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Elizabeth S. Clark against the city of New York. T. Connoly, for appellant. H. A. Prime, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 66 N. Y. Supp. 103.

CLARK, Respondent, v. TILTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Isabel A. Clark against Benjamin W. Tilton and another, as executor and executrix, etc., of Harriet Hull Seaver, deceased. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, unless respondent will stipulate within 20 days to reduce the recovery to the sum of $2,580, in which event the judgment, as modified, is affirmed, without costs of this appeal to either party.

COGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Catherine Cogan against Metropolitan Street-Railway Company. From an order denying defendant's motion for leave to serve a supplemental answer, it appeals. Reversed. Chas. F. Brown, for appellant. Thomas P. Wickes, for respondent. PER CURIAM. On the authority of Varriale v. Railway Co. (decided herewith) 66 N. Y. Supp. 559, the order appealed from should be reversed, with $10 costs and disbursements, and the motion granted, upon payment by the defendant of all the costs of the action up to the present time.

COHEN, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Mary V. Cohen against the Manhattan Railway Company. W. G. Peckham, for appellant. A. O. Wheat, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONGRESS BREWING CO., Limited, Respondent, v. STEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Action by the Congress Brewing Company, Limited, against Peter J. Stein. No opinion. Judgment of the municipal court affirmed, with costs.

CONKLIN v. J. H. WOODBURY INSTITUTE. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by James D. Conklin against the J. H. Woodbury Institute. No opinion. Motion denied. See 64 N. Y. Supp. 608.

COOK, Appellant, v. PERSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Pierre F. Cook, as trustee, etc., against Henry H. Persons and another, as receiver, etc. No opinion. Order affirmed, with $10 costs and disbursements.

COOPER, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Max Cooper against Abraham Rosenberg. No opinion. Judgment of the municipal court affirmed by default, with costs.

CRANDALL, Appellant, v. BUFFALO HARDWOOD LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Vine Crandall against the Buffalo Hardwood Lumber Co. No opinion. Order affirmed, with $10 costs and disbursements.

CRANDALL, Respondent, v. CITY OF HORNELLSVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Dora Adell Crandall against the city of Hornellsville. No opinion. Judgment and order affirmed, with costs.